# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN JEROME WITTY

NO. 2021 KW 0937

OCT 1 2 2021

In Re:  State of Louisiana, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 83,667-F.

---

**BEFORE:  GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**GH**
**WRC**

**Guidry, J.,** concurs and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT